IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED

JAN 23 2020

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>QUINCY ALVIN WOODENLEGS,<br><br>Defendant. | Case No. CR 16-128-BLG-SPW<br><br>ORDER |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the Revocation Hearing set for Friday, February 7, 2020 at 10:30 a.m. is **VACATED.**

IT IS FURTHER ORDERED that the Revocation Hearing is reset for **Wednesday, March 4, 2020 at 3:30 p.m**.

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 22nd day of January, 2020.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1